## 33915. SNEED v. SCOTT.

PER CURIAM.

The appellant father filed a suit for modification of child support based upon a decrease in his income. The trial court found a decrease and reduced the previous award from $200 per month to $180 per month per child. The appellant contends that his income suffered a greater decrease than that found by the trial court. We disagree and affirm.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 12, 1978 — DECIDED OCTOBER 4, 1978.

*Jerry W. Holladay,* for appellant.
*Webb, Fowler & Tanner, J. L. Edmondson, Jones Webb,* for appellee.